IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel.* DAVID W. LARSEN,<br><br>Plaintiff,<br><br>vs.<br><br>BIREN SHETH, RAFID LATIF, CHARLOTTE NATIONAL HOSPITALITY, INC., a North Carolina Corporation, and SHUBH LAXMI, INC., a North Carolina Corporation,<br><br>Defendants. | CIVIL FILE NO. 3:15-CV-94-RJC-DSC |

**ORDER**

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS ORDERED** that

1. the Relator's Complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. the United States serve its Complaint upon Defendant, together with this Order, within ninety days;

3. all other documents or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**SO ORDERED**.

Signed: November 30, 2018

_____
David S. Cayer
United States Magistrate Judge