# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00094-RJC-DSC

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel.* DAVID W. LARSEN, <br><br> Plaintiffs, <br><br> v. <br><br> BIREN SHETH, RAFID LATIF, CHARLOTTE NATIONAL HOSPITALITY INC., a North Carolina Corporation, and SHUBH LAXMI INC., a North Carolina Corporation, <br><br> Defendants. | <u>**ORDER**</u> |

**THIS MATTER** is before the Court on United States' Motion to Modify Pretrial Order and Case Management Plan (document # 49) filed March 19, 2020. For the reasons set forth therein, the Motion will be <u>granted in part and denied in part</u>. The Court will extend the case deadlines by sixty days. Therefore, the amended deadlines are as follows:

| AMENDED DEADLINES | |
|---|---|
| Mediation | June 8, 2020 |
| Filing of Dispositive Motions | June 8, 2020 |
| Trial Date | September 8, 2020 |

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 19, 2020

David S. Cayer
United States Magistrate Judge