IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-94

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel.* DAVID W. LARSEN, <br><br> Plaintiff, <br><br> v. <br><br> BIREN SHETH, RAFID LATIF, CHARLOTTE NATIONAL HOSPITALITY, INC., a North Carolina Corporation, and SHUBH LAXMI, INC., a North Carolina Corporation, <br><br> Defendants. | **CONSENT ORDER** |

**THIS MATTER** is before the Court on the joint motion of the United States and Defendant Biren Sheth for entry of a consent order and entry of final judgment against Defendant Sheth in favor of the United States. (Doc. No. 58: Joint Motion). It appears to the Court that the parties have agreed to certain terms resulting in the full and final resolution of all claims set forth in the United States' Amended Complaint and Complaint in Intervention, (Doc. No. 28), against Defendant Sheth, as further set forth in the Joint Motion, which is incorporated by reference herein.

Wherefore, noting the consent of the parties and the stipulation of Relator David W. Larsen pursuant to 31 U.S.C. § 3730(c)(2)(B), the Court finds:

1. The Consent Order constitutes the final disposition of all claims between the United States and Defendant Sheth and the Joint Motion, (Doc. No. 58), is granted;

1

2. Final judgment against Defendant Sheth and in favor of the United States should be entered in the principal amount of two million four hundred and ninety thousand dollars ($2,490,000.00), plus post-judgment interest accruing from the date of entry at the applicable Treasury post-judgment interest rate computed daily and compounded annually;

3. Upon entry of final judgment against Defendant Sheth, the United States shall dismiss all claims asserted in the Amended Complaint and Complaint in Intervention, (Doc. No. 28), against Defendant Sheth, with prejudice;

4. Neither the United States or Defendant Sheth shall be responsible for the payment of attorneys' fees or costs incurred by either the United States or Defendant Sheth, and the Court retains jurisdiction over Relator's § 3730(d) claim for reasonable expenses, attorneys' fees and costs from Defendant Sheth.

**IT IS THEREFORE ORDERED THAT** the Joint Motion is **GRANTED**. The Consent Order constitutes the final disposition of all claims between the United States and Defendant Sheth, and the Court respectfully directs the Clerk of Court to enter final judgment as to Defendant Sheth in accordance with its terms.

**SO ORDERED**.

Signed: January 14, 2021

Robert J. Conrad, Jr.
United States District Judge

**We consent:**

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/ Katherine T. Armstrong
KATHERINE T. ARMSTRONG
ASSISTANT UNITED STATES ATTORNEY
NC Bar No. 36305
J. SETH JOHNSON
ASSISTANT UNITED STATES ATTORNEY
NC Bar No. 53217
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 227-0248
Email: Katherine.Armstrong@usdoj.gov
Email: Seth.Johnson@usdoj.gov


/s Edward T. Hinson, Jr.
Edward T. Hinson, Jr.
NC State Bar No. 7795
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 348-0800
Email: ehinson@jmdlaw.com
*Attorneys for Defendant Sheth*


/s Charles H. Rabon, Jr.
NC State Bar No. 16800
Rabon Law Firm, PLLC
225 E. Worthington St., Ste. 100
Charlotte, NC 28203
Telephone: (704) 247-3247
Facsimile: (704) 208-4645
Emil: crabon@usfraudattorneys.com
*Attorneys for Relator David W. Larsen*