UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00094-RJC-DSC

| David W. Larsen, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RAFID LATIF | ) | |
| SHUBH LAXMI, INC. | ) | |
| CHARLOTTE NATIONAL HOSPITALITY, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Stay. (Doc. No. 61).

**IT IS HEREBY ORDERED THAT** the trial of this matter, including all related deadlines, (Doc. No. 47: Pretrial Order at 5-10), is stayed for 30 days pending finalization of a settlement agreement. Otherwise, this case will be tried during the May 3, 2021, civil trial term.

Signed: February 26, 2021

Robert J. Conrad, Jr.
United States District Judge

1