IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-94-RJC-DSC

| | |
|---|---|
| UNITED STATES of AMERICA, *ex rel.* DAVID W. LARSEN, <br><br> Plaintiff, <br><br> vs. <br><br> BIREN SHETH, RAFID LATIF, CHARLOTTE NATIONAL HOSPITALITY, INC., a North Carolina Corporation, and SHUBH LAXMI, INC., a North Carolina Corporation, <br><br> Defendants. | ORDER |

**THIS MATTER** comes before the Court on the Stipulation and Joint Motion for Dismissal of Claims Against Defendant Rafid Latif filed by the United States, Defendant Rafid Latif and Relator David W. Larsen (the "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1) (Doc. 64, the "Joint Motion").

Upon review of the Stipulation and Joint Motion, the Settlement Agreement executed by the Parties, and the entire record of this cause, the Court will **GRANT** the Joint Motion.

**IT IS, THEREFORE, ORDERED** that:

1. The Court **APPROVES** the dismissal of the claims and causes of action as set forth in the United States' Complaint in Intervention (Doc. No. 28) against Defendant Rafid Latif, with prejudice as to the United States, and against Defendants Charlotte National Hospitality, Inc. and Shubh Laxmi, Inc. without prejudice as to the United States;

2. The United States and Defendant Latif shall each bear their own costs and attorney's fees related to the Government's prosecution of the Complaint in Intervention;

3. The Court retains jurisdiction to the extent necessary to enforce the terms of the Settlement Agreement (Doc. No. 64-1); AND

4. All other papers or Orders on file in this matter currently under seal shall remain under seal.

**SO ORDERED**.

Signed: August 16, 2021

Robert J. Conrad, Jr.
United States District Judge

2

Case 3:15-cv-00094-RJC-DSC   Document 65   Filed 08/16/21   Page 2 of 2